FILED
 2009 Jun-30  PM 02:18
U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE BATTLE, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | CASE NO. CV 2:09-B-0089-S |
| | } | |
| BENEFICIAL ASSURANCE LTD., INC.; HOMECOMINGS FINANCIAL, LLC; AMERICA'S FIRST FEDERAL CREDIT UNION; CREDIT BUREAU SERVICES INTERNATIONAL, INC., | } } } } } | |
| | } | |
| Defendants. | } | |

### ORDER

This case is before the court on the Notice of Settlement and Dismissal With Prejudice of America's First Federal Credit Union filed on June 30, 2009. (Doc. 18.)[1] The court hereby **ORDERS** that the above-referenced matter is **DISMISSED WITH PREJUDICE** against defendant America's First Federal Credit Union.

**DONE**, this 30th day of June, 2009.

SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.